Hinshaw & Culbertson, for appellants; Oswell G. Treadway, of counsel; Carl E. Abrahamson and Carl O. Bue, for appellee. Opinion by JUSTICE SCANLAN. **Not to be published in full.** Opinion filed January 31, 1950; rehearing denied February 14, 1950; released for publication February 23, 1950.

## Ernest E. Overbey, Appellant, v. Board of Fire and Police Commissioners of City of Joliet, Illinois et al., Appellees.

### Gen. No. 10,335.

William A. Murphy, for appellant; Orville R. Seiter, of counsel; Francis A. Dunn, City Attorney, Joliet, for appellees; Walter O. Herschbach, Corporation Counsel, Joliet. PER CURIAM. **Not to be published in full.** Opinion filed February 15, 1950; released for publication March 6, 1950.

## Frank Biniakiewicz and Josephine Biniakiewicz, Appellants, v. John Wojtasik, Appellee.

### Gen. No. 44,888.

Jerome M. Brooks and Robert E. Kinnare, for appellants; Wyatt Jacobs, for appellee; Charles E. Heckler and Robert O. Rooney, of counsel. Opinion by Justice Feinberg. Not to be published in full. Opinion filed February 20, 1950; released for publication March 7, 1950.

Metropolitan Life Insurance Company, Appellee, v. Joseph M. Cooney, Individually and Executor of Estate of Hjalmar Charles Holmgren, Appellee. Appeal of Elnore K. Ahlberg, Appellant.

Gen. No. 44,866.

Chadwick, Johnson & Leone, for appellant; Rudolph L. Johnson and Donald E. Bateman, of counsel; Chancellor & Chancellor, for appellee. Opinion by Justice Niemeyer. Not to be published in full. Opinion filed February 20, 1950; rehearing denied March 6, 1950; released for publication March 7, 1950.